# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                  **CRIMINAL ACTION NO. 4:07CR86-P-B**

**RAFAEL MANZO-GALVEZ,**                              **DEFENDANT.**

## ORDER

This matter comes before the court upon Defendant's motion to approve interpreter expenses [21]. After due consideration of the motion, the court finds that it should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's motion to approve interpreter expenses [21] is **GRANTED**; therefore,

(2) The court approves defense counsel's expenditures for a translator and interpreter in an amount not to exceed $500.00.

**SO ORDERED** this the 12th day of September, A.D., 2007.

                                                          /s/ W. Allen Pepper, Jr.
                                                          W. ALLEN PEPPER, JR.
                                                          UNITED STATES DISTRICT JUDGE